THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v QUINTON DAIS, Appellant.

Submitted August 8, 2011; decided September 8, 2011

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK GAUSE, Appellant.

Submitted July 18, 2011; decided September 8, 2011

Motion for assignment of counsel granted and Mary Davison, Esq., care of Davison Law Office, 61 North Main Street, Suite C, PO Box 652, Canandaigua, New York 14424 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE HOLMES, JR., Appellant.

Submitted July 25, 2011; decided September 8, 2011

Motion for assignment of counsel granted and Timothy P. Donaher, Esq., Monroe County Public Defender, 10 N. Fitzhugh Street, Rochester, New York 14614 assigned as counsel to the appellant on the appeal herein.